**EXHIBIT 2**

MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing unit, upon completion of a Hearing o Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

===============================================================================

BEFORE: Hon. Charles L. Brieant
United States District Judge/~~Magistrate~~

```
MARTINE'S SERVICE CENTER, INC. and
MICHAEL MARTINE,
                    Plaintiffs
            vs.
TOWN OF WALLKILL, WILLIAM CUMMINGS,
Individually and as Supervisor of the Town
of Wallkill,        Defendants
            vs.

                    Third-Pty
```

Docket Number: 94 CIV 2013 (CLB)

In consolidated cases, all docket no. are to be shown.

HEARING begun & ~~continued~~ (concluded) on January 6, 1995 of plaintiffs' motion for summary judgment and defendants' cross-motion for summary judgment. (Court Reporter Sue Ghorayeb)

PRE-TRIAL conference held & continued (concluded) _____

[U.S. DISTRICT COURT FILED W.P. JAN 0? 1995 S.D. OF N.Y. stamp]

JURY [ ]    NON-JURY [ ]

TRIAL begun & continued _____

TRIAL concluded _____    Total trial days _____
SETTLED during trial _____

Order signed _____
To be Submitted _____

Judge's/~~Magistrate's~~ Decision: Plaintiffs' motion is granted as to the first claim pleaded only and the Court directs that an inquest be held for a determination of damages including reasonable attorneys fees incurred in the State proceedings. Defendants' cross-motion is granted as to the second claim pleaded in the complaint ~~jury verdict~~ and that claim is dismissed with prejudice. Jury selection for the inquest shall be held on 2/6/95 @ 9:30am, unless counsel notify the Court that they do not wish to hold the inquest before a jury. Fees in this action will be fixed by the Court following the inquest. See transcript.

Ron Brovato