**EXHIBIT 3**



# Town of Wallkill

600 Route 211 East • P.O. Box 398 • Middletown, New York 10940

April 28, 2005

Martines Service Center, Inc.
487 Route 211 East
Middletown, New York 10940

Re: Code Violations
    487 Route 211 East
    53-2-33

Dear Mr. Martine,

       As per the provisions of the local town zoning code 225-4 (J), this will serve as notification that your license / permit as a tow operator and appear on the town's "Tow List" is being suspended. Once your firm has complied with all applicable rules as set forth in this section, the town will then accept application to re-instate your towing license.

Should you have any questions, please don't hesitate to contact me at (845) 692-7809

Sincerely,

Walter J. Barrett
Asst Building Inspector

Cc: John Ward
    All Councilmen
    Hobart Simpson
    Sergeant David Scott    New York State Police Troop F
    Chief Robert Hertman   Town of Wallkill Police Dept

**EXHIBIT 4**

Subj: **Wallkill FOILS**
Date: Wednesday, February 22, 2006 10:18:40 AM
From: jmchugh@greenwaldlaw.com
To: toyport2@aol.com

Mr. Oppenheim,

   Apologize for the delay. I met with the Town representatives nearly three (3) weeks ago, and it was concluded that they would honor your FOIL requests. I have just spoken with the clerk's office who confirmed that they should have all of the information you requested in approximately two (2) weeks time.
   Accordingly, please allow this letter to confirm, that the Town has NOT denied your requests, and that the clock is not running, pursuant to any claimed statute of limitations issue.
   Sorry for the briefness of this letter, but it should satisfy your needs until you return from your trip. Kindly contact me upon your return, and in the meantime, I shall continue to spur the Town along.

Thank you,

John A. McHugh
Greenwald Law Offices
99 Brookside Avenue
Chester, New York 10918
(845) 469-4900
Fax: (845) 469-2022

Disclaimer:

This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.