UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6327

Plaintiff *Martine's Service Center, Inc. and Michael C. Martine*

-v-

Defendant *The Town of Wallkill, et al.*

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiffs_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*NONE*

Date: 7/11/07

**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf