UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARTINE'S SERVICE CENTER, INC. and MICHAEL C. MARTINE,

                          Plaintiffs,

    -against-

THE TOWN OF WALLKILL, JOHN WARD, individually and as Supervisor of the Town of Wallkill, ROBERT HERTMAN, individually and as Chief of Police of the Town of Wallkill, EUGENE JAQUES, individually and as Building Inspector of the Town of Wallkill, DON KIMBLE, individually and as Deputy Building Inspector of the Town of Wallkill, WALTER J. BARRETT, individually and as Assistant Building Inspector of the Town of Wallkill, and JOHN DOES I, II, and III, individually and as officers of the Town of Wallkill,

                          Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 6327 (SCR)

      **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       August 1, 2007

                           MIRANDA   SOKOLOFF   SAMBURSKY
                           SLONE VERVENIOTIS, LLP
                           Attorneys for Defendants

                           By: _____
                              BRIAN S. SOKOLOFF (bss-7147)
                           240 Mineola Boulevard
                           The Esposito Building
                           Mineola, New York 11501
                           (516) 741-7676
                           Our File No. 07-500

TO:    STEPHEN L. OPPENHEIM, ESQ.
        Attorneys for Plaintiffs
        55 East 9th Street
        New York, New York 10003

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) s.s.:
COUNTY OF NASSAU      )

**MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on August 1, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

STEPHEN L. OPPENHEIM, ESQ.
Attorney for Plaintiffs
55 East 9th Street
New York, New York 10003

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

*(signature)*
**MERLISA ANDREWS**

Sworn to before me this 1ST day
of August, 2007.

*(signature)*
NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009