# MSSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

———

JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
OF COUNSEL

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL    (516) 741-7676
FAX    (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
CHRISTOPHER MILLER
MELISSA L. HOLTZER
JONATHAN ISAACSON^

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER
^ NOT YET ADMITTED

**RECEIVED OCT 18 2007 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.**

## MEMO ENDORSED

October 16, 2007

Mr. Brandon Skolnik
Chambers of Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
White Plains, New York 10601



**MEMO ENDORSED**

Re:    Martine's Service Center, Inc. v.
Town of Wallkill, et al.
Docket No. 07 Civ. 6327 (SCR)
Our File No. 07-500

Dear Mr. Skolnik:

I have received the Court's Scheduling Notice, dated October 15, 2007, scheduling a conference for November 2, 2007. Unfortunately, I am to be out of town on that date. Every other Friday in November is good for me.

I have spoken to plaintiff's counsel, and he consents to this request for an adjournment of the conference.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

11/2/07 IPTC is adjourned to

11/30/07 at 10am.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSON    10/18/07

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

**MR. BRANDON SKOLNIK**
**OCTOBER 16, 2007**
**PAGE 2 OF 2**


Thank you for your consideration of this matter.

Very truly yours,

MIRANDA   SOKOLOFF   SAMBURSKY
SLONE VERVENIOTIS LLP

Brian S. Sokoloff

BSS/--
cc:    Stephen L. Oppenheim, Esq.
       55 East 9th Street, 3C
       New York, NY 10003